UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

Moses Apsan, Esquire
400 Market Street, 2nd FL
Newark, NJ 07105
Tel: (973)465-7600
Fax: (973) 465-3936
moses@apsanlaw.com

In Re:

Antonio De Oliveira

Case No.: 18-24842

Chapter: 13

Adv. No.: 

Hearing Date: 

Judge: Vincent F. Papalia

## CERTIFICATION OF SERVICE

1. I, _____Jessica Juliao_____ :

    ☐ represent _____ in this matter.

    ☒ am the secretary/paralegal for __Moses Apsan, Esq.__, who represents __Antonio De Oliveira__ in this matter.

    ☐ am the _____ in this case and am representing myself.

2. On __November 15, 2018__, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.
Amended Plan

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: 11/15/2018

Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Verizon by American Info Source<br>4515 North Santa Fe Avenue<br>Oklahoma, OK 73118 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| US Bank National Association<br>PO BOX 108<br>St. Louis, MO 63166 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Portfolio Sears Card<br>PO BOX 41067<br>Norfolk, VA 23541 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| American Express National Bank<br>c/o Becket & Lee LLP<br>PO BOX 3001<br>Malvern, PA 19355 | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Citibank, N.A.<br>701 East 60th Street North<br>Sioux Falls, SD | | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Portfolio Recovery Ass. LLC<br>c/o GM<br>PO BOX 41067<br>Norfolk, VA 23541 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| LVNV Funding, LLC<br>Resurgent Capital Svcs.<br>PO BOX 10587<br>Greenville, SC 29603 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Portfolio Sears Mastercard<br>PO BOX 41067<br>Norfolk, VA 23541 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

*rev.8/1/16*

Law Offices, LLC
arket Street, 4th FL
'ark, NJ 07105



18-24842
Vincent F Papalia

Verizon by American
Info Source
4515 N. Santa Fe Ave.
Oklahoma, OK 73118

n Law Offices, LLC
Market Street, 4th FL
:wark, NJ 07105



U.S. Bank National
Association

PO BOX 108
St. Louis, MO 63166

Portfolio Sears Card
PO Box 41067
Norfolk, VA 23541

Apsan Law Offices, LLC
400 Market Street, 4th FL
Newark, NJ 07105

American Express
National Bank
c/o Becket & Lee LLP
PO Box 3001
Malvern, PA 19355

Apsan Law Offices, LLC
400 Market Street, 4th FL
Newark, NJ 07105

Citibank, N.A.
701 East 60th St. North
Sioux Falls, SD 57117

Portfolio Recovery Ass. LLC
c/o GM
PO Box 41067
Norfolk, VA 23541

Apsan Law Offices, LLC
400 Market Street, 4th FL
Newark, NJ 07105

Apsan Law Offices, LLC
400 Market Street, 4th FL
Newark, NJ 07105

LVNV Funding, LLC
Resurgent Capital Svcs.
P.O. Box 10587
Greenville, NC SC 29603

Portfolio Svcs
Mastercard
P.O. Box 41067
Norfolk, VA 23541

Apsan Law Offices, LLC
400 Market Street, 4th FL
Newark, NJ 07105

Apsan Law Offices, LLC
400 Market Street, 4th FL
Newark, NJ 07105