MOSES APSAN, ESQ.
400 MARKET STREET
4TH FLOOR
NEWARK, NJ  07105

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 12/31/2018
#### Chapter 13 Case # 18-24842

Re:   ANTONIO DE OLIVEIRA                                    Atty:   MOSES APSAN, ESQ.
      1080 GRUBER AVENUE                                             400 MARKET STREET
      UNION,  NJ  07083                                              4TH FLOOR
                                                                     NEWARK, NJ  07105

**NOTE:  THIS IS A BASE PLAN IN THE AMOUNT OF $21,733.36**

## RECEIPTS AS OF 12/31/2018          (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 10/10/2018 | $1.78 | 25538925014 | 10/10/2018 | $1,000.00 | 25538925003 |
| 10/18/2018 | $367.26 | 1820884-25251334795 | 11/06/2018 | $367.26 | 25382308454 |
| 12/07/2018 | $357.09 | 25505409497 | | | |

**Total Receipts: $2,093.39  -  Amount Refunded to Debtor:  $0.00  =  Receipts Applied to Plan:  $2,093.39**

## LIST OF PAYMENTS TO CLAIMS AS OF 12/31/2018          (Please Read Across)

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 139.66 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 1,600.00 | 100.00% | 1,600.00 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0001 | AMERICAN EXPRESS NATIONAL BANK | UNSECURED | 8,430.74 | * | 0.00 | |
| 0002 | BANK OF AMERICA | UNSECURED | 0.00 | * | 0.00 | |
| 0003 | CITIBANK NA | UNSECURED | 469.47 | * | 0.00 | |
| 0004 | DISCOVER BANK | UNSECURED | 3,273.17 | * | 0.00 | |
| 0005 | M & T BANK | MORTGAGE ARRI | 448.50 | 100.00% | 374.08 | |
| 0006 | TOYOTA MOTOR CREDIT CORPORATION | VEHICLE SECURI | 0.00 | 100.00% | 0.00 | |
| 0007 | US BANK NATIONAL ASSOCIATION | UNSECURED | 9,842.77 | * | 0.00 | |
| 0008 | LVNV FUNDING LLC | UNSECURED | 9,916.63 | * | 0.00 | |
| 0009 | VERIZON | UNSECURED | 156.48 | * | 0.00 | |
| 0010 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 290.61 | * | 0.00 | |
| 0011 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 290.61 | * | 0.00 | |
| 0012 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 3,667.43 | * | 0.00 | |
| 0013 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 8,880.04 | * | 0.00 | |

**Total Paid:  $2,113.74**
See Summary

**Chapter 13 Case # 18-24842**

# SUMMARY

Summary of all receipts and disbursements from the date the case was filed , to and including: January 18, 2019.

Receipts: $2,093.39          -     Paid to Claims: $374.08     -     Admin Costs Paid: $1,739.66    =    Funds on Hand: $336.74

**\*\*NOTE**:  THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE.  ADDITIONAL ALLOWED CLAIMS AND OTHER
VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.