MOSES APSAN, ESQ.
400 MARKET STREET
4TH FLOOR
NEWARK, NJ  07105

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 1/15/2020
Chapter 13 Case # 18-24842

Re:   ANTONIO DE OLIVEIRA                           Atty:  MOSES APSAN, ESQ.
      1080 GRUBER AVENUE                                   400 MARKET STREET
      UNION,  NJ  07083                                    4TH FLOOR
                                                           NEWARK, NJ  07105

**NOTE:  THIS IS A BASE PLAN IN THE AMOUNT OF $21,733.36**

## RECEIPTS AS OF 01/15/2020    (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 10/10/2018 | $1.78 | 25538925014 | 10/10/2018 | $1,000.00 | 25538925003 |
| 10/18/2018 | $367.26 | 1820884-25251334795 | 11/06/2018 | $367.26 | 25382308454 |
| 12/07/2018 | $357.09 | 25505409497 | 01/02/2019 | $357.09 | 25505422380 |
| 02/07/2019 | $357.09 | 25680107924 | 03/06/2019 | $357.09 | 25680119400 |
| 04/11/2019 | $357.09 | 17965834819 | 05/07/2019 | $357.09 | 25937026863 |
| 06/04/2019 | $357.09 | 25937039608 | 07/05/2019 | $357.09 | 25680123178 |
| 08/05/2019 | $357.09 | 26010779837 | 09/04/2019 | $357.09 | 26100162876 |
| 10/04/2019 | $357.09 | 26100170482 | 11/05/2019 | $357.09 | 26010922983 |
| 12/03/2019 | $357.09 | 26100195366 | 01/03/2020 | $357.09 | 26284058594 |

**Total Receipts: $6,735.56  -  Amount Refunded to Debtor:  $0.00  =  Receipts Applied to Plan:  $6,735.56**

## LIST OF PAYMENTS TO CLAIMS AS OF 01/15/2020    (Please Read Across)

| Claimant Name | Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|---|
| AMERICAN EXPRESS BANK | | | | | | |
| | 05/20/2019 | $238.79 | 8,001,028 | 06/17/2019 | $64.34 | 8,001,068 |
| | 07/15/2019 | $64.31 | 8,001,113 | 08/19/2019 | $64.35 | 8,001,155 |
| | 09/16/2019 | $64.32 | 8,001,198 | 10/21/2019 | $129.53 | 8,001,242 |
| | 12/16/2019 | $63.52 | 8,001,324 | 01/13/2020 | $63.53 | 8,001,369 |
| CITIBANK NA | | | | | | |
| | 05/20/2019 | $13.30 | 825,232 | 07/15/2019 | $7.16 | 829,124 |
| | 09/16/2019 | $7.17 | 833,090 | 10/21/2019 | $7.21 | 835,072 |
| | 01/13/2020 | $7.07 | 840,962 | | | |
| DISCOVER BANK | | | | | | |
| | 05/20/2019 | $92.70 | 825,522 | 06/17/2019 | $24.99 | 827,540 |
| | 06/25/2019 | ($92.70) | 825,522 | 06/25/2019 | $92.70 | 828,617 |
| | 07/15/2019 | $24.97 | 829,391 | 08/19/2019 | $24.98 | 831,364 |
| | 09/16/2019 | $24.97 | 833,380 | 10/21/2019 | $50.29 | 835,407 |
| | 12/16/2019 | $24.66 | 839,411 | 01/13/2020 | $24.66 | 841,274 |

**Chapter 13 Case # 18-24842**

| Claimant Name | Date | Amount | Check # | | Date | Amount | Check # |
|---|---|---|---|---|---|---|---|
| LVNV FUNDING LLC | | | | | | | |
| | 05/20/2019 | $280.88 | 825,744 | | 06/17/2019 | $75.69 | 827,740 |
| | 07/15/2019 | $75.64 | 829,590 | | 08/19/2019 | $75.68 | 831,585 |
| | 09/16/2019 | $75.66 | 833,588 | | 10/21/2019 | $152.36 | 835,619 |
| | 12/16/2019 | $74.72 | 839,606 | | 01/13/2020 | $74.73 | 841,483 |
| M & T BANK | | | | | | | |
| | 01/14/2019 | $374.08 | 8,000,849 | | 02/11/2019 | $74.42 | 8,000,902 |
| PRA RECEIVABLES MANAGEMENT LLC | | | | | | | |
| | 05/20/2019 | $8.23 | 8,001,023 | | 05/20/2019 | $103.88 | 8,001,023 |
| | 05/20/2019 | $251.53 | 8,001,023 | | 06/17/2019 | $27.97 | 8,001,069 |
| | 06/17/2019 | $67.72 | 8,001,069 | | 07/15/2019 | $28.00 | 8,001,114 |
| | 07/15/2019 | $67.81 | 8,001,114 | | 08/19/2019 | $6.66 | 8,001,156 |
| | 08/19/2019 | $27.97 | 8,001,156 | | 08/19/2019 | $67.72 | 8,001,156 |
| | 09/16/2019 | $27.99 | 8,001,195 | | 09/16/2019 | $67.77 | 8,001,195 |
| | 10/21/2019 | $6.67 | 8,001,239 | | 10/21/2019 | $56.35 | 8,001,239 |
| | 10/21/2019 | $136.43 | 8,001,239 | | 12/16/2019 | $27.63 | 8,001,325 |
| | 12/16/2019 | $66.91 | 8,001,325 | | 01/13/2020 | $27.64 | 8,001,363 |
| | 01/13/2020 | $66.92 | 8,001,363 | | | | |
| US BANK NATIONAL ASSOCIATION | | | | | | | |
| | 05/20/2019 | $278.79 | 826,539 | | 06/17/2019 | $75.12 | 828,427 |
| | 07/15/2019 | $75.08 | 830,294 | | 08/19/2019 | $75.12 | 832,371 |
| | 09/16/2019 | $75.09 | 834,312 | | 10/21/2019 | $151.22 | 836,419 |
| | 12/16/2019 | $74.16 | 840,285 | | 01/13/2020 | $74.17 | 842,179 |
| VERIZON | | | | | | | |
| | 06/17/2019 | $5.62 | 828,465 | | 10/21/2019 | $5.99 | 836,459 |

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 337.47 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 1,600.00 | 100.00% | 1,600.00 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0001 | AMERICAN EXPRESS BANK | UNSECURED | 8,430.74 | * | 752.69 | |
| 0002 | BANK OF AMERICA | UNSECURED | 0.00 | * | 0.00 | |
| 0003 | CITIBANK NA | UNSECURED | 469.47 | * | 41.91 | |
| 0004 | DISCOVER BANK | UNSECURED | 3,273.17 | * | 292.22 | |
| 0005 | M & T BANK | MORTGAGE ARRE | 448.50 | 100.00% | 448.50 | |
| 0006 | TOYOTA MOTOR CREDIT CORPORATION | VEHICLE SECURE | 0.00 | 100.00% | 0.00 | |
| 0007 | US BANK NATIONAL ASSOCIATION | UNSECURED | 9,842.77 | * | 878.75 | |
| 0008 | LVNV FUNDING LLC | UNSECURED | 9,916.63 | * | 885.36 | |
| 0009 | VERIZON | UNSECURED | 156.48 | * | 11.61 | |
| 0010 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 290.61 | * | 21.56 | |
| 0012 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 3,667.43 | * | 327.43 | |
| 0013 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 8,880.04 | * | 792.81 | |

**Total Paid: $6,390.31**
See Summary

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed, to and including: January 17, 2020.

Receipts: $6,735.56    -    Paid to Claims: $4,452.84    -    Admin Costs Paid: $1,937.47    =    Funds on Hand: $345.25

**Chapter 13 Case # 18-24842**

**\*\*NOTE**:  THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE.  ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.