MOSES APSAN, ESQ.
400 MARKET STREET
4TH FLOOR
NEWARK, NJ  07105

Re:  ANTONIO DE OLIVEIRA             Atty:  MOSES APSAN, ESQ.
     1080 GRUBER AVENUE                      400 MARKET STREET
     UNION, NJ  07083                        4TH FLOOR
                                             NEWARK, NJ  07105

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 1/14/2022
### Chapter 13 Case # 18-24842

**NOTE:  THIS IS A BASE PLAN IN THE AMOUNT OF $21,733.36**

## RECEIPTS AS OF 01/14/2022   (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 10/10/2018 | $1.78 | 25538925014 | 10/10/2018 | $1,000.00 | 25538925003 |
| 10/18/2018 | $367.26 | 1820884-25251334795 | 11/06/2018 | $367.26 | 25382308454 |
| 12/07/2018 | $357.09 | 25505409497 | 01/02/2019 | $357.09 | 25505422380 |
| 02/07/2019 | $357.09 | 25680107924 | 03/06/2019 | $357.09 | 25680119400 |
| 04/11/2019 | $357.09 | 17965834819 | 05/07/2019 | $357.09 | 25937026863 |
| 06/04/2019 | $357.09 | 25937039608 | 07/05/2019 | $357.09 | 25680123178 |
| 08/05/2019 | $357.09 | 26010779837 | 09/04/2019 | $357.09 | 26100162876 |
| 10/04/2019 | $357.09 | 26100170482 | 11/05/2019 | $357.09 | 26010922983 |
| 12/03/2019 | $357.09 | 26100195366 | 01/03/2020 | $357.09 | 26284058594 |
| 02/04/2020 | $357.09 | 26302786683 | 03/06/2020 | $357.09 | 26488502548 |
| 04/06/2020 | $357.09 | 26298067353 | 05/05/2020 | $357.09 | 26488524475 |
| 06/10/2020 | $357.00 | 26677720800 | 07/08/2020 | $357.09 | 26679630273 |
| 08/07/2020 | $357.09 | 26679647147 | 09/08/2020 | $357.09 | 26696754483 |
| 10/02/2020 | $357.09 | 26905882612 | 11/03/2020 | $357.09 | 26925083504 |
| 12/15/2020 | $357.09 | 26383088057 | 01/26/2021 | $357.09 | 26976656935 |
| 02/10/2021 | $357.09 | 27054979514 | 03/08/2021 | $357.09 | 26899673556 |
| 04/07/2021 | $357.09 | 27259724823 | 05/06/2021 | $357.09 | 27354240720 |
| 06/08/2021 | $357.09 | 26696763191 | 07/16/2021 | $357.09 | 27443373210 |
| 08/05/2021 | $357.09 | 27516934620 | 09/08/2021 | $357.09 | 27604260854 |
| 10/06/2021 | $357.09 | 27604270912 | 11/09/2021 | $357.09 | 27621835367 |
| 12/09/2021 | $357.09 | 27621849082 | 01/11/2022 | $357.09 | 27621839507 |

**Total Receipts:  $15,305.63  -  Amount Refunded to Debtor:  $0.00  =  Receipts Applied to Plan:  $15,305.63**

## LIST OF PAYMENTS TO CLAIMS AS OF 01/14/2022   (Please Read Across)

| Claimant Name | Date | Amount | Check # | | Date | Amount | Check # |
|---|---|---|---|---|---|---|---|

**Chapter 13 Case # 18-24842**

| Claimant Name | Date | Amount | Check # | | Date | Amount | Check # |
|---|---|---|---|---|---|---|---|
| AMERICAN EXPRESS BANK | | | | | | | |
| | 05/20/2019 | $238.79 | 8,001,028 | | 06/17/2019 | $64.34 | 8,001,068 |
| | 07/15/2019 | $64.31 | 8,001,113 | | 08/19/2019 | $64.35 | 8,001,155 |
| | 09/16/2019 | $64.32 | 8,001,198 | | 10/21/2019 | $129.53 | 8,001,242 |
| | 12/16/2019 | $63.52 | 8,001,324 | | 01/13/2020 | $63.53 | 8,001,369 |
| | 02/10/2020 | $38.63 | 8,001,408 | | 03/16/2020 | $61.59 | 8,001,450 |
| | 04/20/2020 | $61.59 | 8,001,486 | | 05/18/2020 | $58.47 | 8,001,530 |
| | 06/15/2020 | $58.47 | 8,001,598 | | 07/20/2020 | $60.08 | 8,001,655 |
| | 08/17/2020 | $60.09 | 8,001,711 | | 09/21/2020 | $60.09 | 8,001,777 |
| | 10/19/2020 | $120.19 | 8,001,833 | | 12/21/2020 | $60.09 | 8,001,954 |
| | 01/11/2021 | $60.09 | 8,002,017 | | 02/22/2021 | $60.07 | 8,002,064 |
| | 03/15/2021 | $60.12 | 8,002,121 | | 04/19/2021 | $60.09 | 8,002,174 |
| | 05/17/2021 | $60.09 | 8,002,225 | | 06/21/2021 | $61.08 | 8,002,273 |
| | 07/19/2021 | $61.06 | 8,002,326 | | 08/16/2021 | $61.06 | 8,002,378 |
| | 09/20/2021 | $61.07 | 8,002,428 | | 10/18/2021 | $61.06 | 8,002,477 |
| | 11/17/2021 | $61.73 | 8,002,524 | | 12/13/2021 | $61.71 | 8,002,577 |
| | 01/10/2022 | $61.73 | 8,002,629 | | | | |
| CITIBANK NA | | | | | | | |
| | 05/20/2019 | $13.30 | 825,232 | | 07/15/2019 | $7.16 | 829,124 |
| | 09/16/2019 | $7.17 | 833,090 | | 10/21/2019 | $7.21 | 835,072 |
| | 01/13/2020 | $7.07 | 840,962 | | 03/16/2020 | $5.59 | 844,712 |
| | 05/18/2020 | $6.68 | 848,598 | | 07/20/2020 | $6.60 | 852,043 |
| | 09/21/2020 | $6.69 | 855,697 | | 10/19/2020 | $6.69 | 857,599 |
| | 01/11/2021 | $6.70 | 863,020 | | 03/15/2021 | $6.69 | 866,526 |
| | 05/17/2021 | $6.70 | 870,073 | | 07/19/2021 | $6.80 | 873,676 |
| | 09/20/2021 | $6.80 | 877,078 | | 11/17/2021 | $6.83 | 880,566 |
| | 01/10/2022 | $6.87 | 883,859 | | | | |
| DISCOVER BANK | | | | | | | |
| | 05/20/2019 | $92.70 | 825,522 | | 06/17/2019 | $24.99 | 827,540 |
| | 06/25/2019 | ($92.70) | 825,522 | | 06/25/2019 | $92.70 | 828,617 |
| | 07/15/2019 | $24.97 | 829,391 | | 08/19/2019 | $24.98 | 831,364 |
| | 09/16/2019 | $24.97 | 833,380 | | 10/21/2019 | $50.29 | 835,407 |
| | 12/16/2019 | $24.66 | 839,411 | | 01/13/2020 | $24.66 | 841,274 |
| | 02/10/2020 | $15.00 | 843,163 | | 03/16/2020 | $23.91 | 845,075 |
| | 04/20/2020 | $23.92 | 847,018 | | 05/18/2020 | $22.70 | 848,908 |
| | 06/15/2020 | $22.70 | 850,594 | | 07/20/2020 | $23.33 | 852,397 |
| | 08/17/2020 | $23.33 | 854,261 | | 09/21/2020 | $23.32 | 856,078 |
| | 10/19/2020 | $46.66 | 857,956 | | 12/21/2020 | $23.33 | 861,576 |
| | 01/11/2021 | $23.33 | 863,353 | | 02/22/2021 | $23.34 | 865,048 |
| | 03/15/2021 | $23.33 | 866,886 | | 04/19/2021 | $23.33 | 868,582 |
| | 05/17/2021 | $23.33 | 870,479 | | 06/21/2021 | $23.71 | 872,290 |
| | 07/19/2021 | $23.71 | 874,082 | | 08/16/2021 | $23.71 | 875,765 |
| | 09/20/2021 | $23.71 | 877,508 | | 10/18/2021 | $23.71 | 879,277 |
| | 11/17/2021 | $23.94 | 880,988 | | 12/13/2021 | $23.98 | 882,619 |
| | 01/10/2022 | $23.95 | 884,271 | | | | |

**Chapter 13 Case # 18-24842**

| Claimant Name | Date | Amount | Check # | | Date | Amount | Check # |
|---|---|---|---|---|---|---|---|
| LVNV FUNDING LLC | | | | | | | |
| | 05/20/2019 | $280.88 | 825,744 | | 06/17/2019 | $75.69 | 827,740 |
| | 07/15/2019 | $75.64 | 829,590 | | 08/19/2019 | $75.68 | 831,585 |
| | 09/16/2019 | $75.66 | 833,588 | | 10/21/2019 | $152.36 | 835,619 |
| | 12/16/2019 | $74.72 | 839,606 | | 01/13/2020 | $74.73 | 841,483 |
| | 02/10/2020 | $45.44 | 843,374 | | 03/16/2020 | $72.43 | 845,292 |
| | 04/20/2020 | $72.44 | 847,233 | | 05/18/2020 | $68.78 | 849,089 |
| | 06/15/2020 | $68.77 | 850,783 | | 07/20/2020 | $70.67 | 852,601 |
| | 08/17/2020 | $70.68 | 854,459 | | 09/21/2020 | $70.69 | 856,296 |
| | 10/19/2020 | $141.37 | 858,158 | | 12/21/2020 | $70.68 | 861,781 |
| | 01/11/2021 | $70.68 | 863,538 | | 02/22/2021 | $70.71 | 865,282 |
| | 03/15/2021 | $70.67 | 867,079 | | 04/19/2021 | $70.68 | 868,810 |
| | 04/19/2021 | ($70.68) | 868,810 | | 04/19/2021 | $70.68 | 869,686 |
| | 05/17/2021 | $70.68 | 870,698 | | 06/21/2021 | $71.83 | 872,502 |
| | 07/19/2021 | $71.82 | 874,279 | | 08/16/2021 | $71.84 | 875,972 |
| | 09/20/2021 | $71.83 | 877,723 | | 10/18/2021 | $71.83 | 879,469 |
| | 11/17/2021 | $72.60 | 881,183 | | 12/13/2021 | $72.59 | 882,807 |
| | 01/10/2022 | $72.60 | 884,453 | | | | |
| M & T BANK | | | | | | | |
| | 01/14/2019 | $374.08 | 0 | | 02/11/2019 | $74.42 | 8,000,902 |
| PRA RECEIVABLES MANAGEMENT LLC | | | | | | | |
| | 05/20/2019 | $8.23 | 8,001,023 | | 05/20/2019 | $103.88 | 8,001,023 |
| | 05/20/2019 | $251.53 | 8,001,023 | | 06/17/2019 | $27.97 | 8,001,069 |
| | 06/17/2019 | $67.72 | 8,001,069 | | 07/15/2019 | $28.00 | 8,001,114 |
| | 07/15/2019 | $67.81 | 8,001,114 | | 08/19/2019 | $6.66 | 8,001,156 |
| | 08/19/2019 | $27.97 | 8,001,156 | | 08/19/2019 | $67.72 | 8,001,156 |
| | 09/16/2019 | $27.99 | 8,001,195 | | 09/16/2019 | $67.77 | 8,001,195 |
| | 10/21/2019 | $6.67 | 8,001,239 | | 10/21/2019 | $56.35 | 8,001,239 |
| | 10/21/2019 | $136.43 | 8,001,239 | | 12/16/2019 | $27.63 | 8,001,325 |
| | 12/16/2019 | $66.91 | 8,001,325 | | 01/13/2020 | $27.64 | 8,001,363 |
| | 01/13/2020 | $66.92 | 8,001,363 | | 02/10/2020 | $5.72 | 8,001,405 |
| | 02/10/2020 | $16.80 | 8,001,405 | | 02/10/2020 | $40.69 | 8,001,405 |
| | 03/16/2020 | $26.79 | 8,001,443 | | 03/16/2020 | $64.87 | 8,001,443 |
| | 04/20/2020 | $26.79 | 8,001,482 | | 04/20/2020 | $64.86 | 8,001,482 |
| | 05/18/2020 | $6.26 | 8,001,532 | | 05/18/2020 | $25.44 | 8,001,532 |
| | 05/18/2020 | $61.59 | 8,001,532 | | 06/15/2020 | $25.43 | 8,001,591 |
| | 06/15/2020 | $61.58 | 8,001,591 | | 07/20/2020 | $26.13 | 8,001,651 |
| | 07/20/2020 | $63.28 | 8,001,651 | | 08/17/2020 | $6.16 | 8,001,715 |
| | 08/17/2020 | $26.14 | 8,001,715 | | 08/17/2020 | $63.29 | 8,001,715 |
| | 09/21/2020 | $26.15 | 8,001,772 | | 09/21/2020 | $63.30 | 8,001,772 |
| | 10/19/2020 | $6.21 | 8,001,836 | | 10/19/2020 | $52.28 | 8,001,836 |
| | 10/19/2020 | $126.59 | 8,001,836 | | 12/21/2020 | $26.14 | 8,001,947 |
| | 12/21/2020 | $63.29 | 8,001,947 | | 01/11/2021 | $26.14 | 8,002,011 |
| | 01/11/2021 | $63.30 | 8,002,011 | | 02/22/2021 | $6.21 | 8,002,065 |
| | 02/22/2021 | $26.13 | 8,002,065 | | 02/22/2021 | $63.32 | 8,002,065 |
| | 03/15/2021 | $26.15 | 8,002,123 | | 03/15/2021 | $63.27 | 8,002,123 |
| | 04/19/2021 | $26.14 | 8,002,171 | | 04/19/2021 | $63.29 | 8,002,171 |
| | 05/17/2021 | $6.22 | 8,002,234 | | 05/17/2021 | $26.14 | 8,002,234 |
| | 05/17/2021 | $63.30 | 8,002,234 | | 06/21/2021 | $26.57 | 8,002,277 |
| | 06/21/2021 | $64.34 | 8,002,277 | | 07/19/2021 | $26.56 | 8,002,330 |
| | 07/19/2021 | $64.32 | 8,002,330 | | 08/16/2021 | $6.31 | 8,002,383 |
| | 08/16/2021 | $26.57 | 8,002,383 | | 08/16/2021 | $64.31 | 8,002,383 |
| | 09/20/2021 | $26.56 | 8,002,432 | | 09/20/2021 | $64.32 | 8,002,432 |
| | 10/18/2021 | $26.57 | 8,002,481 | | 10/18/2021 | $64.32 | 8,002,481 |
| | 11/17/2021 | $6.35 | 8,002,529 | | 11/17/2021 | $26.85 | 8,002,529 |
| | 11/17/2021 | $65.01 | 8,002,529 | | 12/13/2021 | $26.84 | 8,002,581 |
| | 12/13/2021 | $65.01 | 8,002,581 | | 01/10/2022 | $26.85 | 8,002,633 |
| | 01/10/2022 | $65.01 | 8,002,633 | | | | |

| Claimant Name | Date | Amount | Check # | | Date | Amount | Check # |
|---|---|---|---|---|---|---|---|
| **TOYOTA LEASE TRUST** | | | | | | | |
| | 05/18/2020 | $9.80 | 8,001,549 | | 06/15/2020 | $9.80 | 8,001,611 |
| | 07/20/2020 | $10.07 | 8,001,656 | | 08/17/2020 | $10.07 | 8,001,717 |
| | 09/21/2020 | $10.07 | 8,001,778 | | 10/19/2020 | $20.15 | 8,001,850 |
| | 12/21/2020 | $10.07 | 8,001,965 | | 01/11/2021 | $10.08 | 8,002,022 |
| | 02/22/2021 | $10.07 | 8,002,078 | | 03/15/2021 | $10.08 | 8,002,131 |
| | 04/19/2021 | $10.07 | 8,002,181 | | 05/17/2021 | $10.07 | 8,002,237 |
| | 06/21/2021 | $10.24 | 8,002,278 | | 07/19/2021 | $10.24 | 8,002,336 |
| | 08/16/2021 | $10.23 | 8,002,387 | | 09/20/2021 | $10.24 | 8,002,441 |
| | 10/18/2021 | $10.23 | 8,002,488 | | 11/17/2021 | $10.35 | 8,002,538 |
| | 12/13/2021 | $10.34 | 8,002,588 | | 01/10/2022 | $10.35 | 8,002,639 |
| **TOYOTA MOTOR CREDIT CORPORATION** | | | | | | | |
| | 02/10/2020 | $132.65 | 844,002 | | 03/16/2020 | $10.31 | 845,952 |
| | 04/20/2020 | $10.33 | 847,913 | | | | |
| **US BANK NATIONAL ASSOCIATION** | | | | | | | |
| | 05/20/2019 | $278.79 | 826,539 | | 06/17/2019 | $75.12 | 828,427 |
| | 07/15/2019 | $75.08 | 830,294 | | 08/19/2019 | $75.12 | 832,371 |
| | 09/16/2019 | $75.09 | 834,312 | | 10/21/2019 | $151.22 | 836,419 |
| | 12/16/2019 | $74.16 | 840,285 | | 01/13/2020 | $74.17 | 842,179 |
| | 02/10/2020 | $45.10 | 844,051 | | 03/16/2020 | $71.91 | 846,009 |
| | 04/20/2020 | $71.90 | 847,974 | | 05/18/2020 | $68.26 | 849,727 |
| | 06/15/2020 | $68.26 | 851,417 | | 07/20/2020 | $70.14 | 853,302 |
| | 08/17/2020 | $70.15 | 855,108 | | 09/21/2020 | $70.17 | 857,007 |
| | 10/19/2020 | $140.32 | 858,826 | | 12/21/2020 | $70.16 | 862,505 |
| | 01/11/2021 | $70.16 | 864,074 | | 02/22/2021 | $70.13 | 866,035 |
| | 03/15/2021 | $70.18 | 867,613 | | 04/19/2021 | $70.16 | 869,523 |
| | 05/17/2021 | $70.16 | 871,317 | | 06/21/2021 | $71.29 | 873,176 |
| | 07/19/2021 | $71.29 | 874,882 | | 08/16/2021 | $71.30 | 876,596 |
| | 09/20/2021 | $71.29 | 878,386 | | 10/18/2021 | $71.30 | 880,120 |
| | 11/17/2021 | $72.06 | 881,786 | | 12/13/2021 | $72.05 | 883,429 |
| | 01/10/2022 | $72.06 | 885,075 | | | | |
| **VERIZON** | | | | | | | |
| | 06/17/2019 | $5.62 | 828,465 | | 10/21/2019 | $5.99 | 836,459 |
| | 04/20/2020 | $5.36 | 848,010 | | 09/21/2020 | $5.52 | 857,046 |
| | 02/22/2021 | $5.58 | 866,068 | | 07/19/2021 | $5.61 | 874,912 |
| | 12/13/2021 | $5.69 | 883,455 | | | | |

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 919.16 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 1,600.00 | 100.00% | 1,600.00 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0001 | AMERICAN EXPRESS BANK | UNSECURED | 8,430.74 | * | 2,182.94 | |
| 0002 | BANK OF AMERICA | UNSECURED | 0.00 | * | 0.00 | |
| 0003 | CITIBANK NA | UNSECURED | 469.47 | * | 121.55 | |
| 0004 | DISCOVER BANK | UNSECURED | 3,273.17 | * | 847.50 | |
| 0005 | M & T BANK | MORTGAGE ARRE | 448.50 | 100.00% | 448.50 | |
| 0006 | TOYOTA LEASE TRUST | UNSECURED | 1,413.18 | * | 365.91 | |
| 0007 | US BANK NATIONAL ASSOCIATION | UNSECURED | 9,842.77 | * | 2,548.55 | |
| 0008 | LVNV FUNDING LLC | UNSECURED | 9,916.63 | * | 2,567.67 | |
| 0009 | VERIZON | UNSECURED | 156.48 | * | 39.37 | |
| 0010 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 290.61 | * | 71.00 | |
| 0012 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 3,667.43 | * | 949.59 | |
| 0013 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 8,880.04 | * | 2,299.27 | |

**Total Paid: $14,961.01**
See Summary

**Chapter 13 Case # 18-24842**

# SUMMARY

Summary of all receipts and disbursements from the date the case was filed , to and including: January 14, 2022.

Receipts: $15,305.63     -    Paid to Claims: $12,441.85     -    Admin Costs Paid: $2,519.16    =    Funds on Hand: $344.62

**\*\*NOTE**:  THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE.  ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.