MOSES APSAN, ESQ.
400 MARKET STREET
4TH FLOOR
NEWARK, NJ  07105

Re:  ANTONIO DE OLIVEIRA          Atty:  MOSES APSAN, ESQ.
     1080 GRUBER AVENUE                  400 MARKET STREET
     UNION, NJ  07083                    4TH FLOOR
                                         NEWARK, NJ  07105

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 1/13/2023
Chapter 13 Case # 18-24842

**NOTE:  THIS IS A BASE PLAN IN THE AMOUNT OF $21,733.36**

## RECEIPTS AS OF 01/13/2023    (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 10/10/2018 | $1.78 | 25538925014 | 10/10/2018 | $1,000.00 | 25538925003 |
| 10/18/2018 | $367.26 | 1820884-25251334795 | 11/06/2018 | $367.26 | 25382308454 |
| 12/07/2018 | $357.09 | 25505409497 | 01/02/2019 | $357.09 | 25505422380 |
| 02/07/2019 | $357.09 | 25680107924 | 03/06/2019 | $357.09 | 25680119400 |
| 04/11/2019 | $357.09 | 17965834819 | 05/07/2019 | $357.09 | 25937026863 |
| 06/04/2019 | $357.09 | 25937039608 | 07/05/2019 | $357.09 | 25680123178 |
| 08/05/2019 | $357.09 | 26010779837 | 09/04/2019 | $357.09 | 26100162876 |
| 10/04/2019 | $357.09 | 26100170482 | 11/05/2019 | $357.09 | 26010922983 |
| 12/03/2019 | $357.09 | 26100195366 | 01/03/2020 | $357.09 | 26284058594 |
| 02/04/2020 | $357.09 | 26302786683 | 03/06/2020 | $357.09 | 26488502548 |
| 04/06/2020 | $357.09 | 26298067353 | 05/05/2020 | $357.09 | 26488524475 |
| 06/10/2020 | $357.00 | 26677720800 | 07/08/2020 | $357.09 | 26679630273 |
| 08/07/2020 | $357.09 | 26679647147 | 09/08/2020 | $357.09 | 26696754483 |
| 10/02/2020 | $357.09 | 26905882612 | 11/03/2020 | $357.09 | 26925083504 |
| 12/15/2020 | $357.09 | 26383088057 | 01/26/2021 | $357.09 | 26976656935 |
| 02/10/2021 | $357.09 | 27054979514 | 03/08/2021 | $357.09 | 26899673556 |
| 04/07/2021 | $357.09 | 27259724823 | 05/06/2021 | $357.09 | 27354240720 |
| 06/08/2021 | $357.09 | 26696763191 | 07/16/2021 | $357.09 | 27443373210 |
| 08/05/2021 | $357.09 | 27516934620 | 09/08/2021 | $357.09 | 27604260854 |
| 10/06/2021 | $357.09 | 27604270912 | 11/09/2021 | $357.09 | 27621835367 |
| 12/09/2021 | $357.09 | 27621849082 | 01/11/2022 | $357.09 | 27621839507 |
| 02/23/2022 | $357.09 | 27904200480 | 03/08/2022 | $357.09 | 27904213315 |
| 04/07/2022 | $357.09 | 27904221731 | 05/26/2022 | $357.09 | 28164931391 |
| 06/07/2022 | $357.09 | 27976937591 | 07/06/2022 | $357.09 | 28262125124 |
| 08/16/2022 | $357.09 | 28262130276 | 09/07/2022 | $357.09 | 28262140097 |
| 10/12/2022 | $357.09 | 28262357122 | 11/07/2022 | $357.09 | 28262149918 |
| 12/07/2022 | $357.09 | 28262374683 | 01/04/2023 | $357.09 | 28432239120 |

**Chapter 13 Case # 18-24842**

| Total Receipts: $19,590.71 - Amount Refunded to Debtor: $0.00 = Receipts Applied to Plan: $19,590.71 |
|---|

### LIST OF PAYMENTS TO CLAIMS AS OF 01/13/2023     (Please Read Across)

| Claimant Name | Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|---|
| AMERICAN EXPRESS BANK | | | | | | |
| | 05/20/2019 | $238.79 | 8,001,028 | 06/17/2019 | $64.34 | 8,001,068 |
| | 07/15/2019 | $64.31 | 8,001,113 | 08/19/2019 | $64.35 | 8,001,155 |
| | 09/16/2019 | $64.32 | 8,001,198 | 10/21/2019 | $129.53 | 8,001,242 |
| | 12/16/2019 | $63.52 | 8,001,324 | 01/13/2020 | $63.53 | 8,001,369 |
| | 02/10/2020 | $38.63 | 8,001,408 | 03/16/2020 | $61.59 | 8,001,450 |
| | 04/20/2020 | $61.59 | 8,001,486 | 05/18/2020 | $58.47 | 8,001,530 |
| | 06/15/2020 | $58.47 | 8,001,598 | 07/20/2020 | $60.08 | 8,001,655 |
| | 08/17/2020 | $60.09 | 8,001,711 | 09/21/2020 | $60.09 | 8,001,777 |
| | 10/19/2020 | $120.19 | 8,001,833 | 12/21/2020 | $60.09 | 8,001,954 |
| | 01/11/2021 | $60.09 | 8,002,017 | 02/22/2021 | $60.07 | 8,002,064 |
| | 03/15/2021 | $60.12 | 8,002,121 | 04/19/2021 | $60.09 | 8,002,174 |
| | 05/17/2021 | $60.09 | 8,002,225 | 06/21/2021 | $61.08 | 8,002,273 |
| | 07/19/2021 | $61.06 | 8,002,326 | 08/16/2021 | $61.06 | 8,002,378 |
| | 09/20/2021 | $61.07 | 8,002,428 | 10/18/2021 | $61.06 | 8,002,477 |
| | 11/17/2021 | $61.73 | 8,002,524 | 12/13/2021 | $61.71 | 8,002,577 |
| | 01/10/2022 | $61.73 | 8,002,629 | 02/14/2022 | $61.71 | 8,002,679 |
| | 03/14/2022 | $61.71 | 8,002,732 | 04/18/2022 | $62.70 | 8,002,786 |
| | 05/16/2022 | $62.69 | 8,002,839 | 06/20/2022 | $62.69 | 8,002,893 |
| | 07/18/2022 | $62.70 | 8,002,944 | 08/15/2022 | $62.68 | 8,002,994 |
| | 09/19/2022 | $62.70 | 8,003,041 | 10/17/2022 | $62.69 | 8,003,096 |
| | 11/14/2022 | $61.39 | 8,003,150 | 12/12/2022 | $61.39 | 8,003,197 |
| | 01/09/2023 | $61.40 | 8,003,252 | | | |
| CITIBANK NA | | | | | | |
| | 05/20/2019 | $13.30 | 825,232 | 07/15/2019 | $7.16 | 829,124 |
| | 09/16/2019 | $7.17 | 833,090 | 10/21/2019 | $7.21 | 835,072 |
| | 01/13/2020 | $7.07 | 840,962 | 03/16/2020 | $5.59 | 844,712 |
| | 05/18/2020 | $6.68 | 848,598 | 07/20/2020 | $6.60 | 852,043 |
| | 09/21/2020 | $6.69 | 855,697 | 10/19/2020 | $6.69 | 857,599 |
| | 01/11/2021 | $6.70 | 863,020 | 03/15/2021 | $6.69 | 866,526 |
| | 05/17/2021 | $6.70 | 870,073 | 07/19/2021 | $6.80 | 873,676 |
| | 09/20/2021 | $6.80 | 877,078 | 11/17/2021 | $6.83 | 880,566 |
| | 01/10/2022 | $6.87 | 883,859 | 03/14/2022 | $6.89 | 887,256 |
| | 05/16/2022 | $6.97 | 890,662 | 07/18/2022 | $6.99 | 894,077 |
| | 09/19/2022 | $6.97 | 897,223 | 11/14/2022 | $6.92 | 900,469 |
| | 01/09/2023 | $6.83 | 903,534 | | | |

**Chapter 13 Case # 18-24842**

| Claimant Name | Date | Amount | Check # | | Date | Amount | Check # |
|---|---|---|---|---|---|---|---|
| DISCOVER BANK | | | | | | | |
| | 05/20/2019 | $92.70 | 825,522 | | 06/17/2019 | $24.99 | 827,540 |
| | 06/25/2019 | ($92.70) | 825,522 | | 06/25/2019 | $92.70 | 828,617 |
| | 07/15/2019 | $24.97 | 829,391 | | 08/19/2019 | $24.98 | 831,364 |
| | 09/16/2019 | $24.97 | 833,380 | | 10/21/2019 | $50.29 | 835,407 |
| | 12/16/2019 | $24.66 | 839,411 | | 01/13/2020 | $24.66 | 841,274 |
| | 02/10/2020 | $15.00 | 843,163 | | 03/16/2020 | $23.91 | 845,075 |
| | 04/20/2020 | $23.92 | 847,018 | | 05/18/2020 | $22.70 | 848,908 |
| | 06/15/2020 | $22.70 | 850,594 | | 07/20/2020 | $23.33 | 852,397 |
| | 08/17/2020 | $23.33 | 854,261 | | 09/21/2020 | $23.32 | 856,078 |
| | 10/19/2020 | $46.66 | 857,956 | | 12/21/2020 | $23.33 | 861,576 |
| | 01/11/2021 | $23.33 | 863,353 | | 02/22/2021 | $23.34 | 865,048 |
| | 03/15/2021 | $23.33 | 866,886 | | 04/19/2021 | $23.33 | 868,582 |
| | 05/17/2021 | $23.33 | 870,479 | | 06/21/2021 | $23.71 | 872,290 |
| | 07/19/2021 | $23.71 | 874,082 | | 08/16/2021 | $23.71 | 875,765 |
| | 09/20/2021 | $23.71 | 877,508 | | 10/18/2021 | $23.71 | 879,277 |
| | 11/17/2021 | $23.94 | 880,988 | | 12/13/2021 | $23.98 | 882,619 |
| | 01/10/2022 | $23.95 | 884,271 | | 02/14/2022 | $23.98 | 885,969 |
| | 03/14/2022 | $23.95 | 887,671 | | 04/18/2022 | $24.34 | 889,386 |
| | 05/16/2022 | $24.34 | 891,079 | | 06/20/2022 | $24.34 | 892,775 |
| | 07/18/2022 | $24.32 | 894,487 | | 08/15/2022 | $24.36 | 896,062 |
| | 09/19/2022 | $24.34 | 897,670 | | 10/17/2022 | $24.34 | 899,327 |
| | 11/14/2022 | $23.84 | 900,907 | | 12/12/2022 | $23.82 | 902,451 |
| | 01/09/2023 | $23.84 | 903,939 | | | | |
| LVNV FUNDING LLC | | | | | | | |
| | 05/20/2019 | $280.88 | 825,744 | | 06/17/2019 | $75.69 | 827,740 |
| | 07/15/2019 | $75.64 | 829,590 | | 08/19/2019 | $75.68 | 831,585 |
| | 09/16/2019 | $75.66 | 833,588 | | 10/21/2019 | $152.36 | 835,619 |
| | 12/16/2019 | $74.72 | 839,606 | | 01/13/2020 | $74.73 | 841,483 |
| | 02/10/2020 | $45.44 | 843,374 | | 03/16/2020 | $72.43 | 845,292 |
| | 04/20/2020 | $72.44 | 847,233 | | 05/18/2020 | $68.78 | 849,089 |
| | 06/15/2020 | $68.77 | 850,783 | | 07/20/2020 | $70.67 | 852,601 |
| | 08/17/2020 | $70.68 | 854,459 | | 09/21/2020 | $70.69 | 856,296 |
| | 10/19/2020 | $141.37 | 858,158 | | 12/21/2020 | $70.68 | 861,781 |
| | 01/11/2021 | $70.68 | 863,538 | | 02/22/2021 | $70.71 | 865,282 |
| | 03/15/2021 | $70.67 | 867,079 | | 04/19/2021 | $70.68 | 868,810 |
| | 04/19/2021 | ($70.68) | 868,810 | | 04/19/2021 | $70.68 | 869,686 |
| | 05/17/2021 | $70.68 | 870,698 | | 06/21/2021 | $71.83 | 872,502 |
| | 07/19/2021 | $71.82 | 874,279 | | 08/16/2021 | $71.84 | 875,972 |
| | 09/20/2021 | $71.83 | 877,723 | | 10/18/2021 | $71.83 | 879,469 |
| | 11/17/2021 | $72.60 | 881,183 | | 12/13/2021 | $72.59 | 882,807 |
| | 01/10/2022 | $72.60 | 884,453 | | 02/14/2022 | $72.58 | 886,162 |
| | 03/14/2022 | $72.60 | 887,861 | | 04/18/2022 | $73.75 | 889,598 |
| | 05/16/2022 | $73.74 | 891,284 | | 06/20/2022 | $73.74 | 892,985 |
| | 07/18/2022 | $73.74 | 894,664 | | 08/15/2022 | $73.74 | 896,252 |
| | 09/19/2022 | $73.74 | 897,863 | | 10/17/2022 | $73.74 | 899,514 |
| | 11/14/2022 | $72.21 | 901,082 | | 12/12/2022 | $72.21 | 902,629 |
| | 01/09/2023 | $72.22 | 904,128 | | | | |
| M & T BANK | | | | | | | |
| | 01/14/2019 | $374.08 | 0 | | 02/11/2019 | $74.42 | 8,000,902 |

**Chapter 13 Case # 18-24842**

| Claimant Name | Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|---|
| PRA RECEIVABLES MANAGEMENT LLC | | | | | | |
| | 05/20/2019 | $8.23 | 8,001,023 | 05/20/2019 | $103.88 | 8,001,023 |
| | 05/20/2019 | $251.53 | 8,001,023 | 06/17/2019 | $27.97 | 8,001,069 |
| | 06/17/2019 | $67.72 | 8,001,069 | 07/15/2019 | $28.00 | 8,001,114 |
| | 07/15/2019 | $67.81 | 8,001,114 | 08/19/2019 | $6.66 | 8,001,156 |
| | 08/19/2019 | $27.97 | 8,001,156 | 08/19/2019 | $67.72 | 8,001,156 |
| | 09/16/2019 | $27.99 | 8,001,195 | 09/16/2019 | $67.77 | 8,001,195 |
| | 10/21/2019 | $6.67 | 8,001,239 | 10/21/2019 | $56.35 | 8,001,239 |
| | 10/21/2019 | $136.43 | 8,001,239 | 12/16/2019 | $27.63 | 8,001,325 |
| | 12/16/2019 | $66.91 | 8,001,325 | 01/13/2020 | $27.64 | 8,001,363 |
| | 01/13/2020 | $66.92 | 8,001,363 | 02/10/2020 | $5.72 | 8,001,405 |
| | 02/10/2020 | $16.80 | 8,001,405 | 02/10/2020 | $40.69 | 8,001,405 |
| | 03/16/2020 | $26.79 | 8,001,443 | 03/16/2020 | $64.87 | 8,001,443 |
| | 04/20/2020 | $26.79 | 8,001,482 | 04/20/2020 | $64.86 | 8,001,482 |
| | 05/18/2020 | $6.26 | 8,001,532 | 05/18/2020 | $25.44 | 8,001,532 |
| | 05/18/2020 | $61.59 | 8,001,532 | 06/15/2020 | $25.43 | 8,001,591 |
| | 06/15/2020 | $61.58 | 8,001,591 | 07/20/2020 | $26.13 | 8,001,651 |
| | 07/20/2020 | $63.28 | 8,001,651 | 08/17/2020 | $6.16 | 8,001,715 |
| | 08/17/2020 | $26.14 | 8,001,715 | 08/17/2020 | $63.29 | 8,001,715 |
| | 09/21/2020 | $26.15 | 8,001,772 | 09/21/2020 | $63.30 | 8,001,772 |
| | 10/19/2020 | $6.21 | 8,001,836 | 10/19/2020 | $52.28 | 8,001,836 |
| | 10/19/2020 | $126.59 | 8,001,836 | 12/21/2020 | $26.14 | 8,001,947 |
| | 12/21/2020 | $63.29 | 8,001,947 | 01/11/2021 | $26.14 | 8,002,011 |
| | 01/11/2021 | $63.30 | 8,002,011 | 02/22/2021 | $6.21 | 8,002,065 |
| | 02/22/2021 | $26.13 | 8,002,065 | 02/22/2021 | $63.32 | 8,002,065 |
| | 03/15/2021 | $26.15 | 8,002,123 | 03/15/2021 | $63.27 | 8,002,123 |
| | 04/19/2021 | $26.14 | 8,002,171 | 04/19/2021 | $63.29 | 8,002,171 |
| | 05/17/2021 | $6.22 | 8,002,234 | 05/17/2021 | $26.14 | 8,002,234 |
| | 05/17/2021 | $63.30 | 8,002,234 | 06/21/2021 | $26.57 | 8,002,277 |
| | 06/21/2021 | $64.34 | 8,002,277 | 07/19/2021 | $26.56 | 8,002,330 |
| | 07/19/2021 | $64.32 | 8,002,330 | 08/16/2021 | $6.31 | 8,002,383 |
| | 08/16/2021 | $26.57 | 8,002,383 | 08/16/2021 | $64.31 | 8,002,383 |
| | 09/20/2021 | $26.56 | 8,002,432 | 09/20/2021 | $64.32 | 8,002,432 |
| | 10/18/2021 | $26.57 | 8,002,481 | 10/18/2021 | $64.32 | 8,002,481 |
| | 11/17/2021 | $6.35 | 8,002,529 | 11/17/2021 | $26.85 | 8,002,529 |
| | 11/17/2021 | $65.01 | 8,002,529 | 12/13/2021 | $26.84 | 8,002,581 |
| | 12/13/2021 | $65.01 | 8,002,581 | 01/10/2022 | $26.85 | 8,002,633 |
| | 01/10/2022 | $65.01 | 8,002,633 | 02/14/2022 | $6.38 | 8,002,683 |
| | 02/14/2022 | $26.84 | 8,002,683 | 02/14/2022 | $65.00 | 8,002,683 |
| | 03/14/2022 | $26.86 | 8,002,741 | 03/14/2022 | $65.01 | 8,002,741 |
| | 04/18/2022 | $27.26 | 8,002,785 | 04/18/2022 | $66.03 | 8,002,785 |
| | 05/16/2022 | $6.44 | 8,002,843 | 05/16/2022 | $27.27 | 8,002,843 |
| | 05/16/2022 | $66.03 | 8,002,843 | 06/20/2022 | $27.27 | 8,002,892 |
| | 06/20/2022 | $66.03 | 8,002,892 | 07/18/2022 | $27.28 | 8,002,950 |
| | 07/18/2022 | $66.04 | 8,002,950 | 08/15/2022 | $6.49 | 8,002,997 |
| | 08/15/2022 | $27.27 | 8,002,997 | 08/15/2022 | $66.03 | 8,002,997 |
| | 09/19/2022 | $27.27 | 8,003,048 | 09/19/2022 | $66.03 | 8,003,048 |
| | 10/17/2022 | $27.27 | 8,003,103 | 10/17/2022 | $66.03 | 8,003,103 |
| | 11/14/2022 | $6.44 | 8,003,148 | 11/14/2022 | $26.71 | 8,003,148 |
| | 11/14/2022 | $64.66 | 8,003,148 | 12/12/2022 | $26.71 | 8,003,201 |
| | 12/12/2022 | $64.67 | 8,003,201 | 01/09/2023 | $26.71 | 8,003,257 |
| | 01/09/2023 | $64.67 | 8,003,257 | | | |

**Chapter 13 Case # 18-24842**

| Claimant Name | Date | Amount | Check # | | Date | Amount | Check # |
|---|---|---|---|---|---|---|---|
| TOYOTA LEASE TRUST | | | | | | | |
| | 05/18/2020 | $9.80 | 8,001,549 | | 06/15/2020 | $9.80 | 8,001,611 |
| | 07/20/2020 | $10.07 | 8,001,656 | | 08/17/2020 | $10.07 | 8,001,717 |
| | 09/21/2020 | $10.07 | 8,001,778 | | 10/19/2020 | $20.15 | 8,001,850 |
| | 12/21/2020 | $10.07 | 8,001,965 | | 01/11/2021 | $10.08 | 8,002,022 |
| | 02/22/2021 | $10.07 | 8,002,078 | | 03/15/2021 | $10.08 | 8,002,131 |
| | 04/19/2021 | $10.07 | 8,002,181 | | 05/17/2021 | $10.07 | 8,002,237 |
| | 06/21/2021 | $10.24 | 8,002,278 | | 07/19/2021 | $10.24 | 8,002,336 |
| | 08/16/2021 | $10.23 | 8,002,387 | | 09/20/2021 | $10.24 | 8,002,441 |
| | 10/18/2021 | $10.23 | 8,002,488 | | 11/17/2021 | $10.35 | 8,002,538 |
| | 12/13/2021 | $10.34 | 8,002,588 | | 01/10/2022 | $10.35 | 8,002,639 |
| | 02/14/2022 | $10.34 | 8,002,694 | | 03/14/2022 | $10.35 | 8,002,747 |
| | 04/18/2022 | $10.51 | 8,002,795 | | 05/16/2022 | $10.51 | 8,002,859 |
| | 06/20/2022 | $10.51 | 8,002,911 | | 07/18/2022 | $10.50 | 8,002,964 |
| | 08/15/2022 | $10.52 | 8,003,015 | | 09/19/2022 | $10.50 | 8,003,062 |
| | 10/17/2022 | $10.51 | 8,003,114 | | 11/14/2022 | $10.29 | 8,003,166 |
| | 12/12/2022 | $10.29 | 8,003,216 | | 01/09/2023 | $10.29 | 8,003,269 |
| TOYOTA MOTOR CREDIT CORPORATION | | | | | | | |
| | 02/10/2020 | $132.65 | 844,002 | | 03/16/2020 | $10.31 | 845,952 |
| | 04/20/2020 | $10.33 | 847,913 | | | | |
| US BANK NATIONAL ASSOCIATION | | | | | | | |
| | 05/20/2019 | $278.79 | 826,539 | | 06/17/2019 | $75.12 | 828,427 |
| | 07/15/2019 | $75.08 | 830,294 | | 08/19/2019 | $75.12 | 832,371 |
| | 09/16/2019 | $75.09 | 834,312 | | 10/21/2019 | $151.22 | 836,419 |
| | 12/16/2019 | $74.16 | 840,285 | | 01/13/2020 | $74.17 | 842,179 |
| | 02/10/2020 | $45.10 | 844,051 | | 03/16/2020 | $71.91 | 846,009 |
| | 04/20/2020 | $71.90 | 847,974 | | 05/18/2020 | $68.26 | 849,727 |
| | 06/15/2020 | $68.26 | 851,417 | | 07/20/2020 | $70.14 | 853,302 |
| | 08/17/2020 | $70.15 | 855,108 | | 09/21/2020 | $70.17 | 857,007 |
| | 10/19/2020 | $140.32 | 858,826 | | 12/21/2020 | $70.16 | 862,505 |
| | 01/11/2021 | $70.16 | 864,074 | | 02/22/2021 | $70.13 | 866,035 |
| | 03/15/2021 | $70.18 | 867,613 | | 04/19/2021 | $70.16 | 869,523 |
| | 05/17/2021 | $70.16 | 871,317 | | 06/21/2021 | $71.29 | 873,176 |
| | 07/19/2021 | $71.29 | 874,882 | | 08/16/2021 | $71.30 | 876,596 |
| | 09/20/2021 | $71.29 | 878,386 | | 10/18/2021 | $71.30 | 880,120 |
| | 11/17/2021 | $72.06 | 881,786 | | 12/13/2021 | $72.05 | 883,429 |
| | 01/10/2022 | $72.06 | 885,075 | | 02/14/2022 | $72.04 | 886,812 |
| | 03/14/2022 | $72.05 | 888,481 | | 04/18/2022 | $73.20 | 890,259 |
| | 05/16/2022 | $73.19 | 891,888 | | 06/20/2022 | $73.19 | 893,645 |
| | 07/18/2022 | $73.20 | 895,267 | | 08/15/2022 | $73.19 | 896,811 |
| | 09/19/2022 | $73.19 | 898,498 | | 10/17/2022 | $73.19 | 900,098 |
| | 11/14/2022 | $71.67 | 901,672 | | 12/12/2022 | $71.68 | 903,196 |
| | 01/09/2023 | $71.68 | 904,690 | | | | |
| VERIZON | | | | | | | |
| | 06/17/2019 | $5.62 | 828,465 | | 10/21/2019 | $5.99 | 836,459 |
| | 04/20/2020 | $5.36 | 848,010 | | 09/21/2020 | $5.52 | 857,046 |
| | 02/22/2021 | $5.58 | 866,068 | | 07/19/2021 | $5.61 | 874,912 |
| | 12/13/2021 | $5.69 | 883,455 | | 05/16/2022 | $5.76 | 891,912 |
| | 10/17/2022 | $5.82 | 900,125 | | | | |

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 1,103.07 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 1,600.00 | 100.00% | 1,600.00 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0001 | AMERICAN EXPRESS BANK | UNSECURED | 8,430.74 | * | 2,929.39 | |
| 0002 | BANK OF AMERICA | UNSECURED | 0.00 | * | 0.00 | |
| 0003 | CITIBANK NA | UNSECURED | 469.47 | * | 163.12 | |

**Chapter 13 Case # 18-24842**

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| 0004 | DISCOVER BANK | UNSECURED | 3,273.17 | * | 1,137.31 | |
| 0005 | M & T BANK | MORTGAGE ARRE | 448.50 | 100.00% | 448.50 | |
| 0006 | TOYOTA LEASE TRUST | UNSECURED | 1,413.18 | * | 491.03 | |
| 0007 | US BANK NATIONAL ASSOCIATION | UNSECURED | 9,842.77 | * | 3,420.02 | |
| 0008 | LVNV FUNDING LLC | UNSECURED | 9,916.63 | * | 3,445.68 | |
| 0009 | VERIZON | UNSECURED | 156.48 | * | 50.95 | |
| 0010 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 290.61 | * | 96.75 | |
| 0012 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 3,667.43 | * | 1,274.31 | |
| 0013 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 8,880.04 | * | 3,085.50 | |

**Total Paid: $19,245.63**
See Summary

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed , to and including: January 15, 2023.

Receipts: $19,590.71    -    Paid to Claims: $16,542.56    -    Admin Costs Paid: $2,703.07    =    Funds on Hand: $345.08

**\*\*NOTE**:  THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE.  ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.